

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2020

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

January 3, 2020

**Via ECF:**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re: **Jasmine Norman v. NYU Langone Health System**
**Docket No.: 19-CV-00067 (AT)**

Your Honor:

This office represents Plaintiff in the above referenced matter. Plaintiff writes to respectfully request the Court grant a one-week extension of time, from January 10 until January 17, 2020, for Plaintiff to file her opposition to Defendants' motion for summary judgment. Defense counsel consents to this request. This is Plaintiff's first request to extend the summary judgment briefing schedule. Contemporaneously, it is respectfully requested that Defendants time to file their reply, if any, be extended until February 7, 2020.

By way of background, Plaintiff alleges claim of, *inter alia*, disability discrimination by way of failure to make reasonable accommodations under Federal, State, and City law. The parties have completed all discovery and on December 13, 2019, Defendants filed their motion for summary judgment. The additional time is needed so that Plaintiff can adequately and thoroughly oppose Defendants' motion. As such the new proposed briefing schedule would be as follows:

- Plaintiff's opposition filed on or before January 17, 2020; and
- Defendants' reply, if any, filed on or before February 7, 2020.

GRANTED.

SO ORDERED.

Dated: January 3, 2020
New York, New York

ANALISA TORRES
United States District Judge