

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

January 14, 2020

**Via ECF:**
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Jasmine Norman v. NYU Langone Health System**
**Docket No.: 19-CV-00067 (AT)**

Your Honor:

    This office represents Plaintiff in the above referenced matter. Plaintiff writes to respectfully request the Court grant a one-week extension of time, from January 17 until January 24, 2020, for Plaintiff to file her opposition to Defendants' motion for summary judgment. Defense counsel consents to this request. This is Plaintiff's second request to extend the summary judgment briefing schedule. Contemporaneously, it is respectfully requested that Defendants time to file their reply, if any, be extended until February 14, 2020.

    By way of background, Plaintiff alleges claims of, *inter alia*, disability discrimination by way of failure to make reasonable accommodations under Federal, State, and City law. The parties have completed all discovery and on December 13, 2019, Defendants filed their motion for summary judgment. The additional time is needed as the undersigned was out of the office all week last week suffering from the stomach flu.

As such the new proposed briefing schedule would be as follows:

- Plaintiff's opposition filed on or before January 24, 2020; and
- Defendants' reply, if any, filed on or before February 14, 2020.

Plaintiff thanks the Court for its time and consideration of the herein requests.

Respectfully,
PHILLIPS & ASSOCIATES

/s/
Joshua M. Friedman, Esq.
Phillips & Associates, PLLC
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431
jfriedman@tpglaws.com

CC via ECF:
    Roger H. Briton, Esq.
    Kathryn J. Barry, Esq.

GRANTED.

By **January 24, 2020**, Plaintiff shall file her opposition. By **February 14, 2020**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: January 14, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge