

PHILLIPS & ASSOCIATES
*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 1(
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2020

January 23, 2020

**Via ECF**:
Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Jasmine Norman v. NYU Langone Health System**
**Docket No.: 19-CV-00067 (AT)**

Your Honor:

    This office represents Plaintiff in the above referenced matter. Plaintiff writes to respectfully request the Court grant a one-week extension of time, from January 23 until January 31, 2020, for Plaintiff to file her opposition to Defendants' motion for summary judgment. Defense counsel consents to this request. This is Plaintiff's third request to extend the summary judgment briefing schedule. Contemporaneously, it is respectfully requested that Defendants time to file their reply, if any, be extended until March 5, 2020.

    By way of background, Plaintiff alleges claims of, *inter alia*, disability discrimination by way of failure to make reasonable accommodations under Federal, State, and City law. The additional time is needed as the undersigned is getting back up to speed after an extended absence from the flu. Defendants respectfully request until March 5, 2020, to file their reply, if any, as Counsel for the Defendants, Roger Britton, Esq., will be out of the Country from February 3 – February 20, 2020.

    As such the new proposed briefing schedule would be as follows:

- Plaintiff's opposition filed on or before January 31, 2020; and
- Defendants' reply, if any, filed on or before March 5, 2020.

Plaintiff thanks the Court for its time and consideration of the herein requests.

    Respectfully,
    PHILLIPS & ASSOCIATES

    /s/_____

Joshua M. Friedman, Esq.
Phillips & Associates, PLLC
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431
jfriedman@tpglaws.com

CC via ECF:
    Roger H. Briton, Esq.
    Kathryn J. Barry, Esq.

GRANTED. By **January 31, 2020**, Plaintiff shall file her opposition. By **March 5, 2020**, Defendants shall file their reply.

SO ORDERED.

Dated: January 23, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge