**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JASMINE NORMAN,

                       Plaintiff,                    19 **CIVIL** 67 (AT)

        -against-                            **JUDGMENT**

NYU LANGONE HEALTH SYSTEM,
                       Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2020, Defendant's motion for summary judgment on Plaintiff's ADA claims is GRANTED. Plaintiff's claims arising under the NYSHRL and the NYCHRL are DISMISSED without prejudice to refiling in state court; accordingly, the case is closed.

**Dated:**  New York, New York
         September 30, 2020

                                                          **RUBY J. KRAJICK**
                                                    _____
                                                       **Clerk of Court**
                         **BY:**       *K. Mango*
                                                       _____
                                                       **Deputy Clerk**